## JOHN J. FRAZER, RESPONDENT, *v.* CHRISTIAN KIMLER, ·APPELLANT.

### *Negligence.*

This action was brought to recover the value of a horse, which was killed by · being struck by the thill of a wagon, attached to the defendant's horse, which had run away. The defendant's horse was left standing unhitched, in a street in the city of Lockport, in charge of a boy fourteen years of age, who was not in good health. While the boy was sitting in the wagon to which the horse was attached, the horse ran away and caused the injury complained of. Evidence was given tending to show that the horse had run away on several previous occasions to the knowledge of the defendant. *Held*, that it was the duty of the defendant, knowing that the horse was liable to run away, to secure him if he left him standing in the street, or to put him in charge of a person capable of taking care of him; that the omission to do so was negligence for which the defendant was liable.

APPEAL from a judgment of the County Court of Niagara county, entered upon a verdict in favor of the plaintiff.

*Murray & Greene*, for the appellant.

*T. E. Ellsworth*, for the respondent.

Opinion by MULLIN, P. J.

Judgment affirmed.